JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SAMVEL KARAPETYAN,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

No. 2:25-cv-06380-JAK (Ex)

**ORDER RE JOINT REQUEST TO DISMISS CASE WITHOUT PREJUDICE (DKT. 24)**

**[JS6: CASE TERMINATED]**

Based on a review of the Joint Request to Dismiss Case Without Prejudice, Dkt. 24 ("Request"), sufficient good cause has been shown for the requested relief. Therefore, the Request is **GRANTED**, as follows:

This action is dismissed in its entirety without prejudice. Each party shall bear its own attorney's fees and costs. All pending dates, deadlines, hearings, and appearances are vacated. The case shall be closed by the Clerk.

**IT IS SO ORDERED.**

Dated: July 14, 2026

John A. Kronstadt
United States District Judge